**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Madelyn Casilao, Harry Lincuna, Allan Garcia, on behalf of themselves and all others similarly situated )
)
)
)
)
          Plaintiff(s), )
)
v. )   Case No. CIV-17-800-M
)
Hotelmacher LLC, dba Holiday Inn Express; Steakmacher, LLC, dba Montana Mike's Steakhouse; Schumacher Investments, LLC, dba Water Zoo; Apex USA, Inc.; Walter Schumacher; and Carolyn Schumacher )
)
)
)
)
          Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs, Madelyn Casilao, Harry Lincuna, Allan Garcia, on behalf of themselves and all others similarly situated.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Catherine Fisher          August 9, 2017
Signature          Date

Catherine Fisher
Print Name

Firm

500 Boylston Street
Address

Boston, MA 02116
City     State     Zip Code

617-573-4867     617-305-4867
Telephone     Fax Number

Catherine.Fisher@probonolaw.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) August 9, 2017_____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Catherine Fisher_____
s/ Attorney Name