## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MADELYN CASILAO, ) HARRY LINCUNA, ) ALLAN GARCIA, on behalf of themselves and all others similarly situated, )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-17-800-M
)
HOTELMACHER LLC, dba HOLIDAY INN EXPRESS, et )
)
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Madelyn Casilao Harry Lincuna, Allan Garcia, and others similarly situated.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Mana Barari                              8/9/2017
Signature                                   Date

Mana Barari
Print Name

LEGAL AID AT WORK
Firm

180 Montgomery St.  Suite 600
Address

San Francisco          CA          94104
City                   State       Zip Code

415-864-8848           415-593-0096
Telephone              Fax Number

mbarari@legalaidatwork.org
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) 8/9/2017 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Mana Barari
s/ Attorney Name