UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br><br>      Defendants. | Case No.:  Case No. 5:17-cv-00800-SLP |

**JOINT MOTION FOR ENTRY OF**
**<u>PROTECTIVE ORDER PURSUANT TO RULE 26(c)</u>**

Plaintiffs Madelyn Casilao, Harry Lincuna, and Allan Garcia, and Defendants Hotelmacher LLC, Steakmacher, LLC, Schumacher Investments, LLC, Apex USA, Inc., Walter Schumacher, and Carolyn Schumacher respectfully move this Court to enter a protective order pursuant to Federal Rule of Civil Procedure 26(c) designating certain discovery materials as confidential.  In support of this motion, the parties state as follows:

1. The parties and third parties may have confidential or proprietary information within their possession, custody or control that is relevant to the claims and defenses involved in this case.

2. The parties have conferred in good faith about a protective order related to discovery materials and agree to the terms of the proposed order.

3. The proposed Protective Order is being submitted contemporaneously to the Court in accordance with the instructions set forth in Section II.G. of the Electronic Filing for Civil and Criminal Cases Policies & Procedures Manual for the United States District Court, Western District of Oklahoma.

WHEREFORE, the parties respectfully request that this Court enter the proposed Protective Order.

Dated: August 16, 2019                                    Respectfully Submitted,

/s/ Catherine Fisher                                            /s/ C. Eric Shephard
Brady Henderson (OBA #21212)              *(signed by filing attorney with permission)*
Jill Webb (OBA #21402)                                 Kevin R. Donelson, OBA No. 12647
AMERICAN CIVIL LIBERTIES UNION     C. Eric Shephard, OBA No. 22299
P.O. Box 1626                                                   Fellers, Snider, Blankenship, Bailey &
Oklahoma City, OK 73101                             Tippens, PC
Telephone:   (405) 525-3831                         100 N. Broadway Ave., Suite 1700
Facsimile:   (405) 524-2296                          Oklahoma City, OK  73102
Email:       bhenderson@acluok.org            Telephone:  (405) 232-0621
                 jwebb@acluok.org                       Facsimile:  (405) 232-9659
                                                                         Email:  kdonelson@fellerssnider.com
Carole Vigne, Pro Hac Vice                                      eshephard@fellerssnider.com
Mana Barari, Pro Hac Vice
LEGAL AID AT WORK                                 *Attorneys for Defendants*
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096
Emails:       cvigne@legalaidatwork.org
                  mbarari@legalaidatwork.org

Eben Colby, Pro Hac Vice
Catherine Fisher, Pro Hac Vice
500 Boylston Street, 23rd Floor
Boston, MA 02116
Telephone:   (617) 573-4800
Facsimile:   (617) 573-4822
Emails:
      Eben.Colby@probonolaw.com
      Catherine.Fisher@probonolaw.com

Christopher J. Willett, Pro Hac Vice
Caitlin Boehne, Pro Hac Vice
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas  78704
Telephone:   (512) 474-0007
Facsimile:   (512) 474-0008
Emails: cwillett@equaljusticecenter.org
      cboehne@equaljusticecenter.org

*Attorneys for Plaintiffs*