UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br><br>Defendants. | Case No.: 5:17-cv-00800-SLP |

## **PLAINTIFFS' CROSS-MOTION FOR PROTECTIVE ORDER**

COME NOW Plaintiffs Madelyn Casilao, Harry Lincuna, and Allan Garcia ("Plaintiffs" or "Named Plaintiffs") respectfully request that the Court deny Defendant Walter Schumacher's ("Defendant" or "W. Schumacher") Motion to Compel (ECF No. 80) (the "Motion") and respectfully move this Court to enter a protective order pursuant to Federal Rule of Civil Procedure 26(c) prohibiting Defendants from inquiring into (1) the current or former immigration status of the Named Plaintiffs or putative Class Members, except when employed by Defendants, and (2) the names or locations of the Named Plaintiffs' or putative Class Members' post-Defendant employers.  In support

hereof, the Plaintiffs refer to their contemporaneously-filed Memorandum in Opposition to Defendant's Motion to Compel and in Support of Plaintiffs' Cross-Motion for Protective Order.

## LCvR 37.1 CERTIFICATION

Pursuant to Fed. R. Civ. P. 26(c) and LCvR 37.1, the undersigned counsel for the Plaintiffs hereby certifies that counsel for the parties have conferred multiple times in good faith regarding the relief requested in this motion, including telephonically on December 16, 2019, and by email on December 6, 2019, December 11, 2019, December 19, 2019 and December 20, 2019, and counsel for Defendants has indicated that they are opposed to the relief requested in this motion. The offices of counsel for the Plaintiffs being located in various locations including Austin, Texas, San Francisco, California, and Boston, Massachusetts, and the office of counsel for the Defendants being located in Oklahoma City, Oklahoma, the distance between counsels' offices renders a personal conference infeasible.

Dated:  January 21, 2020                Respectfully Submitted,

By:  */s/ Caitlin Boehne*

Megan E. Lambert, OBA #33216
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 1626
Oklahoma City, OK 73101
Telephone:   (405) 525-3831
Facsimile:    (405) 524-2296
Email:         mlambert@acluok.org

Carole Vigne, *Pro Hac Vice*
George Warner, *Pro Hac Vice*
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:	(415) 864-8848
Facsimile:	(415) 593-0096
Emails:	cvigne@legalaidatwork.org
	gwarner@legalaidatwork.org

Eben Colby, *Pro Hac Vice*
Catherine Fisher, *Pro Hac Vice*
500 Boylston Street, 23 Floor
Boston, MA 02116
Telephone:	(617) 573-4855
Facsimile:	(617) 305-4855
Emails:	Eben.Colby@probonolaw.com
	Catherine.Fisher@probonolaw.com

Christopher J. Willett, *Pro Hac Vice*
Caitlin Boehne, *Pro Hac Vice*
Rebecca Eisenbrey, *Pro Hac Vice*
EQUAL JUSTICE CENTER
510 Congress Ave., Ste. 206
Austin, Texas  78704
Telephone:	(512) 474-0007
Facsimile:	(512) 474-0008
Emails:	cwillett@equaljusticecenter.org
	cboehne@equaljusticecenter.org
	reisenbrey@equaljusticecenter.org

*Attorneys for Plaintiffs and the Proposed Class*