UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br><br>        Defendants. | Case No.:  Case No. 5:17-cv-00800-SLP |

## ORDER

Before the Court is the Plaintiffs' Cross Motion for Protective Order [Doc. No. 85].

Defendants are directed to respond to the Motion on or before January 29, 2020.

**IT IS SO ORDERED this 22nd day of January, 2020.**

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE