IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MADELYN CASILAO; <br> HARRY LINCUNA; and <br> ALLAN GARCIA, on behalf of themselves <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOTELMACHER LLC dba <br> HOLIDAY INN EXPRESS, et al., <br><br> Defendants. | Case No. CIV-17-800-SLP |

**O R D E R**

Before the Court are: (1) Defendant Walter Schumacher's Motion to Compel [Doc. No. 80] and Plaintiffs' Cross-Motion for Protective Order [Doc. Nos. 85, 88]. The parties' submissions are virtually identical to those filed in a related action, *Francis v. Apex USA, Inc., et al.*, Case No. CIV-18-583-SLP (the *Francis* Action). The Court has entered an Order [Doc. No. 71] in the *Francis* Action Denying Defendant's Motion to Compel and granting Plaintiffs' Cross-Motion for Protective Order. For the same reasons as set forth in that Order, Defendant's Motion to Compel is DENIED and Plaintiffs' Cross-Motion for Protective Order is GRANTED and the hearing on this matter schedule for February 6, 2020 is STRICKEN.

IT IS SO ORDERED this 4th day of February, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE