EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

# If you are a Filipino national who worked for Montana Mike's Steakhouse, Holiday Inn Express or Water Zoo in Clinton, Oklahoma between January 1, 2008, and December 31, 2014, a class action lawsuit may affect your rights.

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- A lawsuit is pending alleging that Hotelmacher LLC, doing business as Holiday Inn Express; Steakmacher, LLC, doing business as Montana Mike's Steakhouse; Schumacher Investments, LLC, doing business as Water Zoo; Apex USA, Inc.; Walter Schumacher; and Carolyn Schumacher (the "Defendants") violated the rights of H-2B workers allegedly recruited in the Philippines to work for the Defendants in Clinton, Oklahoma.

- The Court has allowed this lawsuit to proceed as a class action on behalf of all H-2B workers from the Philippines who were sponsored by or worked for the Defendants under H-2B visas between 2008 and 2014.

## If you believe that you may be a member of the class, then you should take action immediately to protect your rights.

## Go to
## www.legalaidatwork.org/schumacher-forced-labor-lawsuit for more information.

## Or contact Class Counsel at
## schumacher_lawsuit@legalaidatwork.org or (415) 864-8848.