UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER,<br>Defendants. | Case No.: 5:17-CV-00800-SLP |
|---|---|

**PLAINTIFFS' RENEWED MOTION TO STRIKE THE**
**<u>EXPERT REPORT AND TESTIMONY OF GREG H. BRISTOL</u>**

Plaintiffs Madelyn Casilao, Harry Lincuna and Allan Garcia ("Plaintiffs") to respectfully renew their request that the Court strike the report and testimony of Mr. Bristol in its entirety to the extent that the Defendants seek to introduce it during the merits of the litigation. In support of this Motion, the Plaintiffs refer to their previously-filed Memorandum in Support of their Motion to Strike the Expert Report and Testimony of Greg H. Bristol, dated October 12, 2020, and the exhibits thereto, [ECF Nos. 157], and their previously-filed Reply Memorandum, dated November 9, 2020 [ECF No. 183].

Dated: July 15, 2022 Respectfully Submitted,

*/s/ Catherine Fisher*
Megan Lambert
ACLU OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Telephone: (405) 525-3831
Facsimile: (405) 524-2296
Email: mlambert@acluok.org

George Warner, Pro Hac Vice
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: gwarner@legalaidatwork.org

Eben Colby, Pro Hac Vice
Catherine Fisher, Pro Hac Vice
500 Boylston Street, 23rd Floor
Boston, MA 02116
Telephone: (617) 573-4855
Facsimile: (617) 305-4855
Emails: Eben.Colby@probonolaw.com
Catherine.Fisher@probonolaw.com

Alyssa Musante, Pro Hac Vice
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5223
Facsimile: (213) 621-5223
Email: Alyssa.Musante@probonolaw.com

Christopher J. Willett, Pro Hac Vice
Caitlin Boehne, Pro Hac Vice
EQUAL JUSTICE CENTER
314 E. Highland Mall Blvd., Ste 401
Austin, TX 78752
Telephone: (512) 474-0007
Facsimile: (512) 474-0008

Emails: cwillett@equaljusticecenter.org
cboehne@equaljusticecenter.org

***Attorneys for Plaintiffs***