# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MADELYN CASILAO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-17-800-SLP ) |
| HOTELMACHER LLC, dba HOLIDAY INN EXPRESS, et al., | ) ) ) |
| Defendants. | ) ) |

## **O R D E R**

Before the Court is Plaintiffs' Renewed Motion to Strike the Expert Report and Testimony of Greg H. Bristol [Doc. No. 220]. In support, Plaintiffs simply "refer to their previously-filed" briefing submissions. The Court addressed those briefing submissions in its Order granting Plaintiffs' Motion for Class Certification. *See* Order [Doc. No. 187] at 28 n. 21. Defendants have responded [Doc. No. 222]. Defendants similarly incorporate by reference their previous briefing submissions.

Plaintiffs previous briefing submissions pertained to the class-certification stage of this proceeding. The Court recognizes that its prior ruling was expressly limited to the class-certification stage and did not extend to the merits phase of this litigation. Plaintiffs, however, impermissibly shift the burden and the workload to the Court to discern, at this stage in the proceedings, why Mr. Bristol's testimony should be excluded. Without any new argument, analysis or evidence, Plaintiffs' submission is insufficiently developed.

IT IS THEREFORE ORDERED that Plaintiffs' Renewed Motion to Strike the Expert Report and Testimony of Greg H. Bristol [Doc. No. 220] is DENIED.

IT IS SO ORDERED this 8th day of August, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE